# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  BONNIE J. ALTMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.CIV-2015-528-HE |
| | ) |
| 1.  STANDARD GUARANTY INSURANCE COMPANY, A Foreign For Profit Insurance Corporation, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff, Bonnie Altman and Defendant, Standard Guaranty Insurance Company, file this Stipulation of Dismissal because all matters in controversy have been resolved between the parties. Each party to bear its own attorney fees and costs. The Plaintiff hereby dismisses this case, in its entirety, with prejudice.

By __s/ Michael D. McGrew__
Michael D. McGrew, OBA #013167
MCGREW, MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
**COUNSEL FOR PLAINTIFF**

s/ J. Derrick Teague
(*signed by Michael D. McGrew with permission of J. Derrick Teague*)
J. Derrick Teague, OBA #15131
Marty R. Skrapka, OBA #21817
JENNINGS | TEAGUE, P.C.
204 N. Robinson, Suite 1000
Oklahoma City, OK  73102
Telephone:  (405) 609-6000
Facsimile:  (405) 609-6501
Email:      dteague@jenningsteague.com
            mskrapka@jenningsteague.com
***ATTORNEYS FOR DEFENDANT***
